BEFORE: VIKTOR V. POHORELSKY          DATE:        3/20/08
U.S. MAGISTRATE JUDGE            START TIME:  10:35 a.m.
                                 END TIME:    10:50 a.m.

DOCKET NO.    CV-07-2705                         JUDGE:   NGG

CASE NAME:    Lerner v. Leading Edge Recovery Solutions, LLC

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Initial Scheduling

APPEARANCES:    Plaintiff       Abraham Kleinman

                Defendant       Charles Caranicas

SCHEDULING AND RULINGS:

1. The next conference will be held on **July 9, 2008 at 10:00 a.m.** Counsel shall be prepared to discuss disputed discovery items (see below) and to set deadlines for discovery and other pretrial proceedings.

2. The deadline for serving initial document requests and interrogatories is April 30, 2008; responses to all such requests shall be served within 30 days after service.

3. Any motions concerning disputes about the above requests shall be made by letter no later than June 23, 2008 and in accordance with the requirements of Local Civil Rule 37.3; responses to any such motions shall be served and filed by June 30, 2008; no replies. Disputed discovery which is not made the subject of a motion will be deemed waived.